# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CRISTIAN FRANCISCO VILLANUEVA,<br><br>　　　　　　　Defendant. | Case No.　'21 MJ02981<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Section 111(a)(1) and (b)—Assault on a Federal Employee (Felony) |

The undersigned complainant being duly sworn states:

On or about July 20, 2021, within the Southern District of California, defendant Cristian VILLANUEVA intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: United States Postal Service Letter Carrier A. Molina, while Letter Carrier A. Molina was engaged in the performance of his official duties, such acts involving the use of a deadly weapon, to wit: a knife; in violation of Title 18, United States Code, Section 111(a)(1) and (b), a felony.

The complainant further states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MARJON E. BARRIGAN
U.S. Postal Inspector

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on July 21, 2021.

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge

## STATEMENT OF FACTS

On July 20, 2021, at approximately 12:09 p.m., I, Postal Inspector Marjon Barrigan, was contacted by Chula Vista Postal Manager A. Solorio regarding an assault of a U.S. Postal letter carrier in Chula Vista, within the Southern District of California. At approximately 12:35 p.m., Postal Inspector C. Bott and I arrived on the scene.

At approximately 12:45 p.m., I interviewed Postal Letter Carrier A. Molina, the victim of the assault. Carrier Molina informed me he has been delivering mail on the route that includes E. Orlando Street for approximately two years. Carrier Molina recalled delivering mail on E. Orlando Street in Chula Vista when he heard someone shouting behind him. When Carrier Molina turned around, he saw a male, later identified as Cristian Francisco VILLANUEVA, within a few feet of distance holding a knife running towards him shouting, "give me your money." Carrier Molina said VILLANUEVA was holding his hand above his head with the sharp end of the knife pointing down. Carrier Molina said he feared for his life and immediately ran away from VILLANUEVA. While running, Carrier Molina dropped his Postal scanner and remembers VILLANUEVA taking the scanner. Carrier Molina saw people at a nearby home on E. Orlando Street open their door and motion for him to enter their home. Carrier Molina entered their residence and asked the occupants to call 911.

From the neighbor's residence, Carrier Molina observed VILLANUEVA enter a residence at 168 E. Orlando Street. Carrier Molina described VILLANUEVA having long dark hair, wearing a beanie with a white t-shirt and tan shorts. Carrier Molina said he had not had any previous encounters with VILLANUEVA. Carrier Molina stated he was afraid to continue delivering mail after he encountered VILLANUEVA with the knife.

At approximately 1:30 p.m., I interviewed Ashley Q., one of the neighbors that allowed Carrier Molina to hide in her home. Ms. Q. said she saw someone running down the street and heard yelling. Ms. Q. noticed the Postal Letter Carrier was in distress and motioned him to come into their home and then called 911. Ms. Q. described the person chasing the Letter Carrier as wearing a beanie with long dark hair and a white t-shirt. Ms.

Q. said she saw the person chasing the Letter Carrier turn to face her direction before entering 168 E. Orlando Street. Ms. Q. said she was not familiar with this person.

After arriving on scene, I also met Chula Vista Police Officer I. Burreul. Officer Burreal informed me a suspect was taken into custody shortly before our arrival and provided me with the suspect's name, Cristian VILLANUEVA, and personal identifiers. Officer Burreal said VILLANUEVA was walking Eastbound on Colorado Street towards Montserate Street in Chula Vista when officers contacted him. Officers conducted a street view lineup where Carrier Molina positively identified VILLANUEVA as the suspect who chased him with the knife. Officers took VILLANUEVA into custody on charges of robbery and assault with a deadly weapon and carrying a dirk/dagger; a steak knife was found on VILLANUEVA. VILLANUEVA is currently in state custody.

Based on the above stated facts, there is probable cause to believe Cristian VILLANUEVA as involved in forcibly assaulting a Postal letter carrier who was carrying out his duties with a deadly weapon in violation of Title 18 USC 111.